# EXHIBIT 2

COMMONWEALTH OF MASSACHUSETTS

BRISTOL SS SUPERIOR COURT
FILED

MAR - 3 2023

JENNIFER A. SULLIVAN, ESQ.
CLERK / MAGISTRATE

Bristol, ss.

Superior Court Department
Docket No. 1573CV00938

MARGARET J. REICHENBACH )
and JOHN REICHENBACH, )
       Plaintiffs, )
v. )
        )
        )
TIMOTHY G. HAYDOCK )
and BARBARA MOSS, )
       Defendants. )
        )

**Verdict Form**

We, the jury, return the following verdict on each Count:

**A. Count I: Massachusetts Civil Rights Act ("MCRA")**

1. Did Timothy Haydock use threats, intimidation, or coercion to interfere with, or to attempt to interfere with, the Reichenbachs' constitutional rights to use, enjoy, and improve their property?

    YES **X**        NO_____

If you answered "NO," your verdict is for Timothy Haydock on Count I and you may proceed to Question 2. If you answered "YES," please answer Question 1(a).

    1(a). Please indicate with an "X" when the Reichenbachs first knew, or reasonably should have known, that they were harmed by Timothy Haydock's conduct?

    _____ before October 1, 2012

    OR

    **X** on or after October 1, 2012

2. Did Barbara Moss use threats, intimidation, or coercion to interfere with, or to attempt to interfere with, the Reichenbachs' constitutional rights to use, enjoy, and improve their property?

    YES **X**        NO_____

If you answered "NO," your verdict is for Barbara Moss on Count I and you may proceed to Question 3. If you answered "YES," please answer Question 2(a).

2(a). Please indicate with an "X" when the Reichenbachs first knew, or reasonably should have known, that they were harmed by Barbara Moss's conduct?

_____    before October 1, 2012

OR

\_\_X\_\_    on or after October 1, 2012

If you answered YES to Question 1 or 2, then you must consider whether to award damages for Count I, as part of Question 7.


[THIS SPACE INTENTIONALLY LEFT BLANK]

2

**B. Count II: Trespass**

3. Did Timothy Haydock trespass on the Reichenbachs' property?

YES___X___          NO_____

If you answered "NO," your verdict is for Timothy Haydock on Count II and you may proceed to Question 4. If you answered "YES," please answer Question 3(a).

    3(a). Please indicate with an "X" when the Reichenbachs first knew, or reasonably should have known, that Timothy Haydock trespassed?

    _____ before October 1, 2012

OR

    ___X___ on or after October 1, 2012

4. Did Barbara Moss trespass on the Reichenbachs' property?

YES___X___          NO_____

If you answered "NO," your verdict is for Barbara Moss on Count II and you may proceed to Question 5. If you answered "YES," please answer Question 4(a).

    4(a). Please indicate with an "X" when the Reichenbachs first knew, or reasonably should have known, that Barbara Moss trespassed?

    _____ before October 1, 2012

OR

    ___X___ on or after October 1, 2012

If you answered YES to Question 3 or 4, then you must consider whether to award damages for Count II, as part of Question 8.

3

**C. Count III:  Intentional Interference with Contractual Relations**

5.  Did Timothy Haydock intentionally and improperly interfere with the plaintiffs' contract by preventing the Reichenbachs from performing, or by causing the Reichenbach's performance to be more expensive or burdensome?

YES___X___                    NO_____

If you answered "NO," your verdict is for Timothy Haydock on Count III and you may proceed to Question 7 (if necessary).  If you answered "YES," please answer Question 5(a).

     5(a).  Please indicate with an "X" when the Reichenbachs first knew, or reasonably should have known, that Timothy Haydock intentionally and improperly interfered with the plaintiffs' contract by preventing the Reichenbachs from performing, or by causing the Reichenbach's performance to be more expensive or burdensome?

     _____  before October 1, 2012

     OR

     ___X___  on or after October 1, 2012

6.  Did Barbara Moss intentionally and improperly with the plaintiffs' contract by preventing the Reichenbachs from performing, or by causing the Reichenbach's performance to be more expensive or burdensome?

YES___X___                    NO_____

If you answered "NO," your verdict is for Barbara Moss on Count III and you may proceed to Question 7 (if necessary).  If you answered "YES," please answer Question 6(a).

[THIS SPACE INTENTIONALL LEFT BLANK]

4

6(a).    Please indicate with an "X" when the Reichenbachs first knew, or reasonably should have known, that Barbara Moss intentionally interfered by preventing the Reichenbachs from performing, or by causing the Reichenbachs' performance to be more expensive or burdensome, of their contract  with Lars Olson?

_____    before October 1, 2012

. OR

\_\_X\_\_    on or after October 1, 2012

If you answered YES to Question 5 or 6, then you must consider whether to award damages for Count III, as part of Question 9.

## D.  Damages

7.    What total amount of money will fully and fairly compensate the Reichenbachs for their damages resulting from Count I, violation of the Massachusetts Civil Rights Act?
$1,500,000.⁰⁰ – one million five hundred thousand dollars and ⁰⁰/₁₀₀ cents

a. Of the amount listed in Question 7, what amount, if any, do you attribute to Timothy Haydock?

$500,000.⁰⁰ – five hundred thousand dollars and ⁰⁰/₁₀₀ cents

b. Of the amount listed in Question 7, what amount, if any, do you attribute to Barbara Moss?

$1,000,000.⁰⁰ – One million dollars and ⁰⁰/₁₀₀ cents

8.    What total amount of money will fully and fairly compensate the Reichenbachs for their damages resulting from Count II, trespass?
$200,000.⁰⁰ – two hundred thousand dollars and ⁰⁰/₁₀₀ cents

a. Of the amount listed in Question 8, what amount, if any, do you attribute to Timothy Haydock?
$50,000.⁰⁰ – fifty thousand dollars and ⁰⁰/₁₀₀ cents

5

b. Of the amount listed in Question 8, what amount, if any, do you attribute to Barbara Moss?

$150,000.⁰⁰ - one hundred fifty thousand dollars and %₀₀ cents

9. What total amount of money will fully and fairly compensate the Reichenbachs for their damages resulting from Count III, intentional interference with contractual relations?

$2,000,000.⁰⁰ - two million dollars and %₀₀ cents

a. Of the amount listed in Question 9, what amount, if any, do you attribute to Timothy Haydock?

$1,000,000.⁰⁰ - one million dollars and %₀₀ cents

b. Of the amount listed in Question 9, what amount, if any, do you attribute to Barbara Moss?

$1,000,000.⁰⁰ - one million dollars and %₀₀ cents

I hereby certify that the foregoing answers constitute the answers of at least seven (7) out of the eight (8) deliberating jurors.

_Walter A. Weit_
Foreperson

Dated: 3-3-23