# EXHIBIT 3

203.1

COMMONWEALTH OF MASSACHUSETTS
BRISTOL, ss SUPERIOR COURT
FILED
MAR - 3 2023
JENNIFER A. SULLIVAN, ESQ.
CLERK / MAGISTRATE

BRISTOL, ss.                                           SUPERIOR COURT DEPARTMENT
                                                       C.A. NO. 15-00938

                                            )
MARGARET J. REICHENBACH and                 )
JOHN REICHENBACH,                           )
        Plaintiffs                          )
                                            )
v.                                          )
                                            )
TIMOTHY G. HAYDOCK and                      )
BARBARA MOSS,                               )
        Defendants                          )
_____)

## SPECIAL INTERROGATORIES TO THE JURY

We, the jury, return the following answers to special interrogatories:

1. Of the damages that you awarded on the verdict form for Count I regarding the Massachusetts Civil Rights Act, what portion of that award, if any, do you attribute to conduct by Timothy Haydock between November 26, 2010 and November 26, 2012?

       __none__

2. Of the damages that you awarded on the verdict form for Count II regarding trespass, what portion of that award, if any, do you attribute to conduct by Timothy Haydock between November 26, 2010 and November 26, 2012?

       __none__

3. Of the total amount of damages that you awarded on the verdict form for Count I regarding the Massachusetts Civil Rights Act, what portion of that award, if any, is for emotional distress? $500,000.00 - five hundred thousand dollars and 00/100 cents

4. What portion of the amount you answered in response to Special Interrogatory Number 3, if any, is for emotional distress of John Reichenbach? $250,000.00 - two hundred fifty thousand dollars and 00/100 cents

5. What portion of the amount you answered in response to Special Interrogatory Number 3, if any, is for emotional distress of Margaret Reichenbach? $250,000.00 - two hundred fifty thousand dollars and 00/100 cents

6. Of the total amount of damages that you awarded on the verdict form for <u>Count II</u> regarding trespass, what portion of that award, if any, is for <u>emotional distress</u>?

_____All_____

7. What portion of the amount you answered in response to <u>Special Interrogatory Number 6</u>, if any, is for emotional distress of <u>John Reichenbach</u>? $100,000.00 - One hundred thousand dollars and 00/100 cents

8. What portion of the amount you answered in response to <u>Special Interrogatory Number 6</u>, if any, is for emotional distress of <u>Margaret Reichenbach</u>? $100,000.00 - One hundred thousand dollars and 00/100 cents

9. Of the total amount of damages that you awarded on the verdict form for <u>Count III</u> for intentional interference with contractual relations, what portion of that award, if any, is for <u>emotional distress</u>?

_____None_____

10. What portion of the amount you answered in response to <u>Special Interrogatory Number 9</u>, if any, is for emotional distress of <u>John Reichenbach</u>?

_____

11. What portion of the amount you answered in response to <u>Special Interrogatory Number 9</u> if any, is for emotional distress of <u>Margaret Reichenbach</u>?

_____

I hereby certify that the foregoing answers constitute the answers of at least seven (7) out of eight (8) deliberating jurors.

_[signature]_
Foreperson

Date: 3-3-23