# EXHIBIT 5

BRISTOL,SS SUPERIOR COURT
FILED
MAY - 3 2024

JENNIFER A. SULLIVAN, ESQ.
CLERK / MAGISTRATE

| | |
|---|---|
| **JUDGMENT ON FINDING OF THE COURT** | **Trial Court of Massachusetts** <br> **The Superior Court** |
| DOCKET NUMBER <br> 1573CV00938 | Jennifer A. Sullivan, Clerk of Court <br> Bristol County |
| CASE NAME <br> Reichenbach, Margaret J. et al <br> vs. <br> Haydock, Timothy G. et al | COURT NAME & ADDRESS <br> Bristol County Superior Court - Taunton <br> 9 Court Street, Rm 13 <br> Taunton, MA 02780 |

**JUDGMENT FOR THE FOLLOWING PARTY(S)**
Margaret J. Reichenbach
John Reichenbach

**JUDGMENT AGAINST THE FOLLOWING PARTY(S)**
Timothy G. Haydock

This action came on before the Court, Hon. Thomas J Perrino, presiding, and upon consideration thereof,

After Jury Verdict, it is **ORDERED AND ADJUDGED**:

That judgment enter as outlined below, Severally
with interest thereon as provided by law, and the statutory costs of action.

| | |
|---|---:|
| 1. Date of Breach, Demand or Complaint | 10/01/2015 |
| 2. Date Judgment Entered | 05/03/2024 |
| 3. Number of Days of Prejudgment Interest *(line 2 - Line1)* | 3137 |
| 4. Annual Interest Rate of 0.12/365.25 = Daily Interest rate | .000329 |
| 5. Single Damages | $1,550,000.00 |
| 6. Prejudgment Interest  *(lines 3x4x5)* | $1,599,713.15 |
| 7. Double or Treble Damages Awarded by Court *(where authorized by law)* | $ |
| 8. Statutory Costs | $395.00 |
| 9. Attorney Fees Awarded by Court *(where authorized by law)* | $2,383,816.09 |
| **10. JUDGMENT TOTAL PAYABLE TO PLAINTIFF(S)** *(Lines 5+6+7+8+9)* | $5,533,924.24 |

**SEE PAGE 2 FOR FURTHER ORDERS**

| DATE JUDGMENT ENTERED <br> 05/03/2024 | CLERK OF COURTS/ ASST. CLERK <br> X | Garrett R. Fregault, Esq. <br> Assistant Clerk/Magistrate |
|---|---|---|

Date/Time Printed: 05-03-2024 11:39:05                                                                                                                    SCV087: 09/2016

| JUDGMENT ON FINDING OF THE COURT | DOCKET NUMBER<br>1573CV00938 | Trial Court of Massachusetts<br>The Superior Court  |
|---|---|---|

**FURTHER ORDERS OF THE COURT:**

It is further ORDERED that a permanent injunction is to enter: the defendants, their agents, servants, and employees are permanently enjoined from threatening, harassing, intimidating, photographing, or coercing, surveilling the plaintiffs, their immediate family members, employees, tenants, contractors, vendors and others lawfully on the property, and further are permanently enjoined from conduct which an objectively reasonable person would conclude has the effect of interfering with the plaintiffs' use and enjoyment of their property located at 29 Mattarest Lane, South Dartmouth, MA 02748.

NOTE: The judgment as it pertains to the award of $2,383,816.09 in attorney's fees and costs as well as the $395.00 and statutory costs are to be born jointly and severally defendant Timothy Haydock and defendant Barbara Moss. The single damages on the damage are to be born severally by the defendant.

| DATE JUDGMENT ENTERED | CLERK OF COURTS/ ASST. CLERK | Garrett R. Fregault, Esq. |
|---|---|---|
| 05/03/2024 | X | Assistant Clerk |

Date/Time Printed: 05-03-2024 11:39:05                                      SCV087: 09/2016